# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    **Maureen O. Randolph,**<br>    **aka Maureen Olivia Randolph,**<br>    **aka Maureen Randolph,**<br>    **aka Maureen William**<br>                      **Debtor** | BK NO. 16-04955 JJT<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of JPMorgan Chase, N.A., and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/James C Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          Thomas Puleo, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322 FAX (215) 627-7734
                                          Attorney for Movant/Applicant